UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Chinweuba,

                    Plaintiff(s),

          v.                                                25-CV-9129 (DEH)

Commissioner of Social Security,                            ORDER

                    Defendant(s).

DALE E. HO, United States District Judge:

The Court hereby **VACATES** its order dated November 7, 2025 at ECF No. 6 and

**ORDERS** as follows:

By separate Order on November 7, 2025, the Court referred this case to the assigned

Magistrate Judge for report and recommendation. Because the case involves a challenge to a

final decision by the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g), it is

subject to the Supplemental Rules for Social Security Actions and Local Social Security Rules

1.1 through 8.1.

To conserve resources, to promote judicial efficiency, and in an effort to achieve a faster

disposition of this matter, it is hereby ORDERED that the parties must discuss whether they are

willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before the

assigned Magistrate Judge.

If both parties consent to proceed before the Magistrate Judge, counsel for Defendant

must, **within two weeks of a response from Plaintiff to Defendant's letter dated November**

**17, 2025**, file on ECF a fully executed Notice, Consent, and Reference of a Civil Action to a

Magistrate Judge form, a copy of which is attached to this Order (and also available at

https://www.nysd.uscourts.gov/node/754).  If the Court approves that form, all further

proceedings will then be conducted before the assigned Magistrate Judge rather than before the undersigned.

If either party does not consent to conducting all further proceedings before the assigned Magistrate Judge, the parties must file a joint letter, **within two weeks of a response from Plaintiff to Defendant's letter dated November 17**, advising the Court that the parties do not consent, **but without disclosing the identity of the party or parties who do not consent**. There will be no adverse consequences if the parties do not consent to proceed before the Magistrate Judge.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff Ifeanyi Chinweuba.

SO ORDERED.

Dated:  December 23, 2025
New York, New York

_____
DALE E. HO
United States District Judge

2