UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IFEANYI CHINWEUBA,

Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   01/13/26
```

25-CV-9129 (DEH) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

A notice of electronic filing for the above captioned case was issued on November 6, 2025, which triggered the 60-day period for service of the answer – *e.g.*, a certified copy of the administrative record – as per the Supp. R. for Soc. Sec'ty Actions, 42 U.S.C. § 405(g), Rule 4(a). (*See* Dkt. 11, at 1.)

Upon review, the Court notes that counsel for the Commissioner of Social Security entered his appearance in this matter on November 17, 2025 (Dkt. 17), but the Commissioner has not filed an answer. The answer was due on January 5, 2026. The deadline for the answer is hereby EXTENDED, *sua sponte*, to **February 4, 2026**.

Dated:  New York, New York
        January 13, 2025

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**